**B1 (Official Form 1)(04/13)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Parker, Juanita T | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>xxx-xx-0937 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>4400 Frontage<br>Bellwood, IL         ZIP Code 60104 | Street Address of Joint Debtor (No. and Street, City, and State):         ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>P.O. Box 7985<br>Westchester, IL         ZIP Code 60154 | Mailing Address of Joint Debtor (if different from street address):         ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)  (Check one box)

- ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                                    Page 2

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Parker, Juanita T

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**  /s/ Gregory K. Stern                    March 22, 2015<br>Signature of Attorney for Debtor(s)             (Date)<br>Gregory K. Stern 6183380 |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Parker, Juanita T

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Juanita T Parker**
Signature of Debtor Juanita T Parker

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

March 22, 2015
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Gregory K. Stern**
Signature of Attorney for Debtor(s)

Gregory K. Stern 6183380
Printed Name of Attorney for Debtor(s)

Gregory K. Stern, P.C.
Firm Name

53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604

Address

(312) 427-1558 Fax: (312) 427-1289
Telephone Number

March 22, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Juanita T Parker                                Case No. _____

                             Debtor(s)             Chapter     7 _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                          Page 2

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

     ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/ Juanita T Parker
                                  Juanita T Parker

Date:    March 22, 2015

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    Juanita T Parker                                          ,    Case No. _____

                                            Debtor

                                                              Chapter_____7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 4,320.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 41 | | 292,319.98 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 0.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 300.00 |
| Total Number of Sheets of ALL Schedules | | 54 | | | |
| Total Assets | | | 4,320.00 | | |
| Total Liabilities | | | | 292,319.98 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Juanita T Parker                                          ,    Case No. _____
                                    Debtor

                                                                    Chapter_____7_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 162,717.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 162,717.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 0.00 |
| Average Expenses (from Schedule J, Line 22) | 300.00 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 127.81 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 292,319.98 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 292,319.98 |

B6A (Official Form 6A) (12/07)

.

In re    Juanita T Parker                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

|  |  | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|---|
|  |  | Total > | 0.00 |  |

  0    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    Juanita T Parker                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | PNC Bank, N.A., Checking Account | - | 720.00 |
| | | PNC Bank, N.A., Reserve Account | - | 200.00 |
| | | PNC Bank, N.A., Savings Account | - | 500.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Necessary Wearing Apparel | - | 300.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 1,720.00 |
| (Total of this page) | |

  2   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    Juanita T Parker                                                    ,     Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Possible claims to recover security deposits from prior landlords and utility companies | - | 2,500.00 |
| | | Estimated 2014 Tax Refund | - | 100.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                                    Sub-Total >        2,600.00
                                                                  (Total of this page)

Sheet   __1__   of   __2__   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Juanita T Parker                                                ,    Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          0.00
(Total of this page)
Total >      4,320.00

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re  Juanita T Parker                                              ,    Case No. _____
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                       *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| PNC Bank, N.A., Checking Account | 735 ILCS 5/12-1001(b) | 720.00 | 720.00 |
| PNC Bank, N.A., Reserve Account | 735 ILCS 5/12-1001(b) | 200.00 | 200.00 |
| PNC Bank, N.A., Savings Account | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| **Wearing Apparel** | | | |
| Necessary Wearing Apparel | 735 ILCS 5/12-1001(a) | 300.00 | 300.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Possible claims to recover security deposits from prior landlords and utility companies | 735 ILCS 5/12-1001(b) | 2,500.00 | 2,500.00 |
| Estimated 2014 Tax Refund | 735 ILCS 5/12-1001(b) | 80.00 | 100.00 |

|  | | Total: | 4,300.00 | 4,320.00 |

___0___  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    Juanita T Parker
_____,    Case No. _____
                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re    Juanita T Parker                                                              ,    Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___0___ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    Juanita T Parker                                                        ,    Case No. _____
                                    _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Advance Family Dental Care<br>1567 North Aurora Road<br>Suite 143<br>Naperville, IL 60563 | - | | 2004<br>Professional Services | | | | 23.70 |
| Account No. xxxxxxxxxxxxx6478<br><br>Advanced Collection Bu<br>1535 Cogswell St Ste B8<br>Rockledge, FL 32955 | - | | Opened  3/01/09<br>Collection Attorney Prentiss Crk At Downers Grove | | | | 4,786.00 |
| Account No. Multiple Acct.<br><br>Advocate Good Samaritan Hospital<br>3815 Highland Avenue<br>Downers Grove, IL 60515 | - | | Professional Services | | | | 7,160.42 |
| Account No. Multiple Acct.<br><br>Advocate Illinois Masonic Medical Center<br>attn: Business Office<br>836 West Wellington Avenue<br>Chicago, IL 60657 | - | | Professional Services | | | | 2,174.25 |

__40__  continuation sheets attached

Subtotal
(Total of this page)                 14,144.37

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker                                            ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Multiple Acct. | | | | | | | | |
| Illinois Collection Service, Inc. P.O. Box 1010 Tinley Park, IL 60477-9110 | | | | Representing: Advocate Illinois Masonic Medical Center | | | | Notice Only |
| Account No. xxxxxxx35-02 | | - | | 2011 Collection Account for AT&T Mobility | | | | |
| Afni, Inc. 404 Brock Drive PO Box 3427 Bloomington, IL 61702-3427 | | | | | | | | 640.70 |
| Account No. Multiple | | | | 2004 Professional Servics | | | | |
| Alexian Brothers Corporate Health Srvcs 1515 Lake Street Suite 100 Hanover Park, IL 60133 | | | | | | | | 465.00 |
| Account No. | | | | | | | | |
| Malcolm S. Gerald and Associates, Inc. 322 South Michigan Avenue Suite 600 Chicago, IL 60604 | | | | Representing: Alexian Brothers Corporate Health Srvcs | | | | Notice Only |
| Account No. | | - | | 2009 Subscription | | | | |
| Allure P.O. Box 376453 Boone, IA 50037 | | | | | | | | 12.00 |

Sheet no. __1__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,117.70

B6F (Official Form 6F) (12/07) - Cont.

In re     Juanita T Parker                                                              ,     Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Ashton Dental, P.C. <br> 1137 N. Eola Road <br> Suite 109 <br> Aurora, IL 60504 | - | | 2007 <br> Professional Services | | | | 25.00 |
| Account No. xxxxxx 4382 <br><br> AT&T <br> P.O. Box 8212 <br> Aurora, IL 60572-8212 | - | | 2006 <br> Utilities | | | | 170.36 |
| Account No. xxxxxx 4544 <br><br> AT&T <br> P.O. Box 8100 <br> Aurora, IL 60507-8100 | - | | 2007 <br> Utilities | | | | 287.19 |
| Account No. <br><br> CBCS <br> PO Box 69 <br> Columbus, OH 43216 | | | Representing: <br> AT&T | | | | Notice Only |
| Account No. xx9147 <br><br> Billing Center <br> 1716 Locust Street <br> Des Moines, IA 50309 | - | | 2010 <br> Subscriptions | | | | 40.00 |

Sheet no. __2__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

522.55

B6F (Official Form 6F) (12/07) - Cont.

In re     Juanita T Parker                                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2011 Subscription | | | | |
| Bon Appetit P.O. Box 37619 Boone, IA 50037 | - | | | | | | | | 15.00 |
| Account No. | | | | | Loans | | | | |
| C.A.R./Sentriloc/N.A.R. 200 North Michigan Chicago, IL 60601 | - | | | | | | | | 2,500.00 |
| Account No. | | | | | Loans | | | | |
| C.A.R./Sentriloc/N.A.R. 400 North Michigan Chicago, IL 60601 | - | | | | | | | | 2,500.00 |
| Account No. xxxxxxxxxxxxXXXX | | | | | 2005 Periodic Purchases | | | | |
| Capital One P.O. Box 85520 Richmond, VA 23285 | - | | | | | | | | 766.00 |
| Account No. xxxxxx 5381 | | | | | 2003 Periodic Purchases | | | | |
| Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285 | - | | | | | | | | 1,079.00 |

Sheet no. __3__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,860.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Juanita T Parker                                                    ,   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| NCO Financial Systems, Inc. P.O. Box 41417 Dept 61 Philadelphia, PA 19101 | | | | Representing: Capital One | | | | Notice Only |
| Account No. xxx7338 | | | | 2004 Professional Services | | | | |
| Centra PO Box 479 Winfield, IL 60190 | | - | | | | | | 20.00 |
| Account No. xxx6032 | | | | Professional Services | | | | |
| Central DuPage Hospital Attn: Billing Dept. 25 North Winfield Road Winfield, IL 60190 | | - | | | | | | 179.25 |
| Account No. 1105600 | | | | Representing: Central DuPage Hospital | | | | Notice Only |
| Medical Accounting Service 5626 Frantz Rd. Box 7100 Dublin, OH 43017-0704 | | | | | | | | |
| Account No. | | | | Subscription | | | | |
| Chicago Home and Garden PO Box 433008 Palm Coast, FL 32143 | | - | | | | | | 12.00 |

Sheet no. __4__ of __40__ sheets attached to Schedule of                     Subtotal                211.25
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __Juanita T Parker_____,   Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No.** Multiple Acct. | | | | | 2012 Professional Services | | | | |
| Chicago Imaging Associates PO Box 347351 Pittsburgh, PA 15251 | - | | | | | | | | 657.00 |
| **Account No.** xxxxxx 5981 | | | | | 2012 Professional Services | | | | |
| Chicago Imaging Associates, LLC P.O. Box 347531 Pittsburgh, PA 15251 | - | | | | | | | | 385.00 |
| **Account No.** | | | | | Representing: Chicago Imaging Associates, LLC | | | | Notice Only |
| Merchants Credit Guide 223 West Jackson Boulevard Suite 400 Chicago, IL 60606 | | | | | | | | | |
| **Account No.** | | | | | Subscription | | | | |
| Chicago Magazine PO Box 433007 Palm Coast, FL 32143 | - | | | | | | | | 7.89 |
| **Account No.** xxxxxx x2694 | | | | | 2006 Utilities | | | | |
| City of Naperville 400 S. Eagle Street Naperville, IL 60540 | - | | | | | | | | 250.00 |

Sheet no. __5___ of __40__ sheets attached to Schedule of   Subtotal   1,299.89
Creditors Holding Unsecured Nonpriority Claims   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker                                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Multiple Accounts<br><br>Comcast<br>PO Box 3002<br>Southeastern, PA 19398-3002 | - | | Cable Services | | | | 1,000.00 |
| Account No.<br><br>CPA<br>P.O. Box 802068<br>Dallas, TX 75380 | | | Representing:<br>Comcast | | | | Notice Only |
| Account No.<br><br>Commonwealth Edison<br>P.O. Box 767<br>Chicago, IL 60690-0767 | - | | 2012<br>Utilities | | | | 416.55 |
| Account No.<br><br>Credit Collection Services<br>Two Wells Avenue<br>Newton, MA 02459 | | | Representing:<br>Commonwealth Edison | | | | Notice Only |
| Account No.<br><br>Conde Nast Traveler<br>PO Box 37626<br>Boone, IA 50037 | - | | Subscription | | | | 12.00 |

Sheet no. _6_ of _40_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,428.55

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker                                                        ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx2531<br><br>Cooking Light<br>P.O. Box 60001<br>Tampa, FL 33660 | - | | 2011<br>Subscription | | | | 10.00 |
| Account No. xxxx9464<br><br>Credit Cntrl<br>5757 Phantom Dr.<br>Hazelwood, MO 63042 | - | | Med1 02 Norwegian American Hospital | | | | 1,462.00 |
| Account No. xxxxxx 2562<br><br>Credit Collection Services<br>Two Wells Avenue<br>Newton, MA 02459 | - | | 2004<br>Collection for Wow! Internet and Cable | | | | 131.53 |
| Account No.<br><br>Wow! Internet & Cable<br>P.O. Box 63000<br>Colorado Springs, CO 80962 | | | Representing:<br>Credit Collection Services | | | | Notice Only |
| Account No.<br><br>DCF Inc<br>1827 Golden Mile Hwy<br>Suite B<br>Pittsburgh, PA 15239 | - | | 2008<br>Professional Services | | | | 995.75 |

Sheet no. _7_ of _40_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,599.28

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Juanita T Parker                                                ,   Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxx5575 | | | | 2006 Tuition | | | | |
| DePaul University 1 East Jackson Boulevard Chicago, IL 60604 | - | | | | | | | 3,265.00 |
| Account No. | | | | | | | | |
| Progressive Financial Services P.O. Box 22083 Tempe, AZ 85285 | | | | Representing: DePaul University | | | | Notice Only |
| Account No. xxx7233 | | | | Opened  8/01/14 Tuition | | | | |
| Domincan University 7900 Division Street River Forest, IL 60305 | - | | | | | | | 11,576.00 |
| Account No. | | | | | | | | |
| National Recoveries Inc. of Minnesota 14735 Highway 65 NE Suite 100 Andover, MN 55304 | | | | Representing: Domincan University | | | | Notice Only |
| Account No. | | | | | | | | |
| Security Credit System 622 Main St Ste 301 Buffalo, NY 14202 | | | | Representing: Domincan University | | | | Notice Only |

Sheet no. _8__ of _40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         14,841.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker
_____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Domino <br> PO Box 37760 <br> Boone, IA 50037 | - | | Subscription | | | | 12.00 |
| Account No. xxxxxxx2329 <br><br> Doubleday Bood Club <br> 505 Ridge Avenue <br> Hanover, PA 17332 | - | | Subscription | | | | 13.94 |
| Account No. Multiple Acct. <br><br> Downers Grove Medical Group <br> 1034 Warren Ave. <br> Downers Grove, IL 60515 | - | | 2012 <br> Professional Services | | | | 140.00 |
| Account No. xxxx0129 <br><br> Dupage Emergency Physicians <br> PO Box 366 <br> Hinsdale, IL 60522 | - | | 2012 <br> Professional Services | | | | 974.00 |
| Account No. x9315 <br><br> Dupage Helth Specialists <br> 3033 Ogden Ave. Suite 101 <br> Lisle, IL 60532 | - | | Professional Services | | | | 394.00 |

Sheet no. __9__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    1,533.94

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx 8811<br><br>Earthlink Inc<br>P.O. ox 7645<br>Atlanta, GA 30357 | | - | 2006<br>Services | | | | 25.90 |
| Account No. xxxxx2198<br><br>eBay, Inc.<br>P.O. Box 2179<br>Carol Stream, IL 60132 | | - | 2009<br>Purchases | | | | 29.96 |
| Account No.<br><br>I.C.System, Inc.<br>444 Highway 96 East<br>PO Box 64437<br>Saint Paul, MN 55164-0437 | | | Representing:<br>eBay, Inc. | | | | Notice Only |
| Account No. xxxxxxxxxxxxxx2895<br><br>Ebony Magazine<br>c/o GC Services<br>P.O. Box 3026<br>Houston, TX 77253 | | - | Subscription | | | | 16.97 |
| Account No. xxxxxx4030<br><br>Edward Hospital<br>801 South Washington Street<br>Naperville, IL 60540 | | - | 2004<br>Professional Services | | | | Unknown |

Sheet no. __10__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          72.83

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker
_____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx6143<br><br>Edward Hospital<br>801 South Washington Street<br>Naperville, IL 60540 | - | | 2003<br>Professional Services | | | | 1,044.57 |
| Account No.<br><br>Elle<br>PO Box 422532<br>Palm Coast, FL 32142 | - | | Subscription | | | | 8.00 |
| Account No.<br><br>Elle Decor<br>P.O Box 37876<br>Boone, IA 50037 | - | | Subscription | | | | 9.00 |
| Account No. xxxxxx 1856<br><br>Elmhurst Memorial Healthcare<br>155 E. Brush Hill Road<br>Elmhurst, IL 60126 | - | | 2003<br>Professional Services | | | | 75.00 |
| Account No. xxxx2097<br><br>Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 | - | | Opened  4/01/13<br>Collection Attorney Comcast Cable<br>Communications | | | | 168.00 |

Sheet no. __11__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     1,304.57

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. xxxx9410 | | | | | Opened  1/01/14 Collection Attorney Tmobile | | | | |
| Enhanced Recovery Corp Attention: Client Services 8014 Bayberry Rd Jacksonville, FL 32256 | - | | | | | | | | 118.00 |
| Account No. xxxxx3176 | | | | | 2012 Subscription | | | | |
| Essence P.O. Box 62121 Tampa, FL 33662 | - | | | | | | | | 8.00 |
| Account No. | | | | | 2004 Medical | | | | |
| Express Pharmacy Services P.O. Box 270 Pittsburgh, PA 15230 | | | | | | | | | 200.00 |
| Account No. xxxxxxxxxxxx4159 | | | | | 2007 Periodic Purchases | | | | |
| Exxon Mobil P.O. Box 981064 El Paso, TX 79998 | - | | | | | | | | 765.16 |
| Account No. | | | | | | | | | |
| Midland Credit Management, Inc. 8875 Aero Drive Suite 200 San Diego, CA 92123 | | | | | Representing: Exxon Mobil | | | | Notice Only |

Sheet no. __12__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,091.16

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker                                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxxxxxx0018<br><br>Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106 | | - | | Opened  9/01/12  Last Active  2/28/15<br>Educational | | | | 16,043.00 |
| Account No. xxxxxxxxxxxx0002<br><br>Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106 | | - | | Opened  6/01/10  Last Active  2/28/15<br>Educational | | | | 15,046.00 |
| Account No. xxxxxxxxxxxx0016<br><br>Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106 | | - | | Opened  5/01/11  Last Active  2/28/15<br>Educational | | | | 12,061.00 |
| Account No. xxxxxxxxxxxx0001<br><br>Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106 | | - | | Opened  6/01/10  Last Active  2/28/15<br>Educational | | | | 9,110.00 |
| Account No. xxxxxxxxxxxx0015<br><br>Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106 | | - | | Opened  5/01/11  Last Active  2/28/15<br>Educational | | | | 9,110.00 |

Sheet no. __13__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    61,370.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker                                        ,    Case No. _____

_____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. xxxxxxxxxxxxx0014<br><br>Fed Loan Serv<br>Pob 60610<br>Harrisburg, PA 17106 | - | | | Opened  9/01/09  Last Active  2/28/15<br>Educational | | | | 7,989.00 |
| Account No. xxxxxxxxxxxxx0013<br><br>Fed Loan Serv<br>Pob 60610<br>Harrisburg, PA 17106 | - | | | Opened  9/01/09  Last Active  2/28/15<br>Educational | | | | 4,468.00 |
| Account No. xxxxxxxxxxxxx0006<br><br>Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106 | - | | | Opened  1/01/03  Last Active  2/28/15<br>Educational | | | | 3,788.00 |
| Account No. xxxxxxxxxxxxx0003<br><br>Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106 | - | | | Opened  1/01/02  Last Active  2/28/15<br>Educational | | | | 3,659.00 |
| Account No. xxxxxxxxxxxxx0004<br><br>Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106 | - | | | Opened  1/01/03  Last Active  2/28/15<br>Educational | | | | 2,672.00 |

Sheet no. __14__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,576.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. xxxxxxxxxxxx0017 | | | - | | Opened 5/01/11 Last Active 2/28/15 Educational | | | | |
| Fed Loan Serv Po Box 60610 Harrisburg, PA 17106 | | | | | | | | | 2,412.00 |
| Account No. xxxxxxxxxxxxx0005 | | | - | | Opened 6/01/03 Last Active 2/28/15 Educational | | | | |
| Fed Loan Serv Po Box 60610 Harrisburg, PA 17106 | | | | | | | | | 668.00 |
| Account No. xxxxxxxxxxxxx0019 | | | - | | Opened 9/01/12 Last Active 2/28/15 Educational | | | | |
| Fed Loan Serv Po Box 60610 Harrisburg, PA 17106 | | | | | | | | | 566.00 |
| Account No. xxx2808 | | | - | | Membership | | | | |
| First Credit Services, Inc. One Woodbridge Center, Suite 410 Woodbridge, NJ 07095 | | | | | | | | | 391.86 |
| Account No. xxxxxx6472 | | | - | | 2011 Subscription | | | | |
| Fitness Billing Center 1716 Locust Street Des Moines, IA 50309 | | | | | | | | | 5.99 |

Sheet no. _15_ of _40_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                                    4,043.85

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker                                                                           ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxxxx1764 | | | | | Subscription | | | | |
| Food and Wine 1120 Avenue of the Americas New York, NY 10036 | | - | | | | | | | 6.00 |
| Account No. xx-xxxx-2214 | | | | | 4/18/11 Subscription | | | | |
| Forbes Magazine PO Box 5474 Harlan, IA 51593 | | - | | | | | | | 0.00 |
| Account No. xxxxxx2442 | | | | | 2009 Subscription | | | | |
| Fortune Magazine 3000 University Center Drive Tampa, FL 33612 | | - | | | | | | | 10.00 |
| Account No. xxxxxxxxxRAY9 | | | | | Subscription | | | | |
| GC Services Limited Partnership 6330 Gulfton Houston, TX 77081 | | - | | | | | | | 15.97 |
| Account No. xx3944 | | | | | 2006 Deficiency on Repossessed Vehicle | | | | |
| Greater Suburban acceptance 1645 W. Ogden Avenue P.O. Box 369 Downers Grove, IL 60515 | | - | | | | | | | 2,957.99 |

Sheet no. __16__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,989.96

B6F (Official Form 6F) (12/07) - Cont.

In re   Juanita T Parker                                                        ,   Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxx1569<br><br>Harpers Bazaar<br>Box 6070<br>Harlan, IA 51593 | | - | | 8/30/12<br>Subscription | | | | 9.97 |
| Account No. xxxxxx9107<br><br>Health<br>PO Box 62517<br>Tampa, FL 33662 | | - | | Subscription | | | | 12.00 |
| Account No. xxxxxx1569<br><br>Hearst Magazines<br>Box 7186 Red Oak<br>Red Oak, IA 51591 | | - | | Subscription | | | | 8.00 |
| Account No. x4433<br><br>Heart Specialists Inc.<br>3724 Glenlake Drive<br>Glenview, IL 60026-5742 | | - | | 2012<br>Professional Services | | | | 350.00 |
| Account No. xxx4908<br><br>Hotline Credit Card Bureau<br>PO Box 41308<br>Nashville, TN 37204 | | - | | Subscription | | | | Unknown |

Sheet no. __17__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                379.97

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker                                    ,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxx8049 | | | | | Subscription | | | | |
| ID P.O. Box 433174 Palm Coast, FL 32143 | | - | | | | | | | 9.97 |
| Account No. xxxx2981 | | | | | Opened 12/01/12 Collection Attorney Radiologists Of Dupage S.C. | | | | |
| Illinois Collection Service/ICS Illinois Collection Service Po Box 1010 Tinley Park, IL 60477 | | - | | | | | | | 552.00 |
| Account No. xxxx9681 | | | | | Opened 1/01/13 Collection Attorney Resurrection Medical Group St. | | | | |
| Illinois Collection Service/ICS Illinois Collection Service Po Box 1010 Tinley Park, IL 60477 | | - | | | | | | | 485.00 |
| Account No. xxxx1659 | | | | | Opened 5/01/13 Collection Attorney Resurrection Medical Group St. | | | | |
| Illinois Collection Service/ICS Illinois Collection Service Po Box 1010 Tinley Park, IL 60477 | | - | | | | | | | 435.00 |
| Account No. xxxx8043 | | | | | Opened 9/01/13 Collection Attorney Advocate Illinois Masonic Phys | | | | |
| Illinois Collection Service/ICS Illinois Collection Service Po Box 1010 Tinley Park, IL 60477 | | - | | | | | | | 340.00 |

Sheet no. __18__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,821.97

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker                                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxx2680 Illinois Collection Service/ICS Illinois Collection Service Po Box 1010 Tinley Park, IL 60477 | - | | | | Opened 9/01/12 Collection Attorney Resurrection Medical Group St. | | | | 291.00 |
| Account No. In Touch Weekly PO Box 422581 Palm Coast, FL 32142 | - | | | | Subscription | | | | 39.75 |
| Account No. 2089 James R. Davis M.D. 120 Spalding Drive Suite 307 Naperville, IL 60540 | - | | | | 2003 Professional Services | | | | 55.00 |
| Account No. Kiplinger's Personal Finance PO Box 10182 Des Moines, IA 50340 | - | | | | Subscription | | | | 12.00 |
| Account No. xxxxx0183 Lakeshore Anesthesia PC 1500 South Lake Park Ave. Hobart, IN 46342 | - | | | | Professional Services | | | | 2,328.00 |

Sheet no. __19__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,725.75

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 112160183<br><br>Trustmark Recovery Services<br>541 Otis Bowen Drive<br>Munster, IN 46321 | | | Representing:<br>Lakeshore Anesthesia PC | | | | Notice Only |
| Account No.<br><br>Life and Style Weekly<br>PO Box 422563<br>Palm Coast, FL 32142 | | - | Subscription | | | | 77.48 |
| Account No. xxxxxxxxxx823 5<br><br>Lowe's<br>PO Box 981064<br>El Paso, TX 79998-1064 | | | 2007<br>Periodic Purchases | | | | 1,922.07 |
| Account No.<br><br>Capital Management Services, Inc.<br>698 1/2 South Ogden Street<br>Buffalo, NY 14206 | | | Representing:<br>Lowe's | | | | Notice Only |
| Account No.<br><br>Lucky<br>PO Box 37648<br>Boone, IA 50037 | | - | Subscription | | | | 12.00 |

Sheet no. __20__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,011.55

B6F (Official Form 6F) (12/07) - Cont.

In re   Juanita T Parker                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. xxxxxx1569<br><br>Marie Claire<br>P.O. Box 6066<br>Harlan, IA 51593 | | - | | 2011<br>Subscription | | | | 5.99 |
| Account No. multiple<br><br>McKesson Corporation<br>Attn: Resurreection Health<br>19 Mollison Way<br>Lewiston, ME 04240 | | - | | 2103<br>Professional Services | | | | 4,805.40 |
| Account No. xxxxxx5133<br><br>Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | | - | | Opened 12/01/12<br>Collection Attorney Chicago Imaging Associates | | | | 385.00 |
| Account No. xxxxxx0819<br><br>Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | | - | | Opened 9/01/13<br>Collection Attorney Midwest Imaging Professionals | | | | 194.00 |
| Account No.<br><br>Metra<br>547 West Jackson Boulevard<br>Chicago, IL 60661-5717 | | - | | 2005<br>Purchases | | | | 160.00 |

Sheet no. __21__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                5,550.39

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker                                                ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. xxxxxx7394<br><br>Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | | - | | | Opened  8/01/11<br>Factoring Company Account Target National Bank | | | | 676.00 |
| Account No. Multiple Accounts<br><br>Midwest Diagnostic Pathology<br>75 Remittance Drive<br>Suite 3070<br>Chicago, IL 60675-3070 | | - | | | 2012<br>Professional Services | | | | 243.00 |
| Account No. Mulitple acct.<br><br>Midwest Imaging Professionals<br>PO Box 371863<br>Pittsburgh, PA 15250 | | - | | | MIP-M9413069013<br>Professional Services | | | | 83.00 |
| Account No. xxxxxxx1738<br><br>Midwestern Emergency Group<br>Mailstop 45376150<br>PO Box 660351<br>Dallas, TX 75266-0351 | | - | | | Professional Services | | | | 1,082.00 |
| Account No. xxx9445<br><br>MiraMed Revenue Group<br>Dept. 77304<br>PO Box 77000<br>Detroit, MI 48277 | | - | | | Professional Services | | | | 552.00 |

Sheet no. __22__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,636.00

B6F (Official Form 6F) (12/07) - Cont.

In re     Juanita T Parker                                                    ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxRK99<br><br>Money<br>PO Box 60315<br>Tampa, FL 33660 | | - | Subscription | | | | 10.00 |
| Account No.<br><br>More<br>1716 Locust Street<br>Des Moines, IA 50309 | | - | Subscription | | | | 20.00 |
| Account No.<br><br>Naperville Radiologists S.C.<br>6910 S. Madison St.<br>Willowbrook, IL 60527 | | - | 2005<br>Professional Services | | | | 414.00 |
| Account No. xxxxxxxxxxxx0301<br><br>National Education Ser<br>200 W Monroe St Ste 700<br>Chicago, IL 60606 | | - | Opened  2/01/97  Last Active  1/01/15<br>Educational | | | | 75,125.00 |
| Account No. xxxxxx2243<br><br>National Geographic Society<br>PO Box 62130<br>Tampa, FL 33662 | | - | Subscription | | | | 15.95 |

Sheet no. __23__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

75,584.95

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx-xx-xx-4023<br><br>Nicor Gas<br>1844 Ferry Road<br>Naperville, IL 60563 | - | | 2012<br>Utilities | | | | 1,675.89 |
| Account No.<br><br>NCO Financial System, Inc.<br>507 Prudential Road<br>Horsham, PA 19044 | | | Representing:<br>Nicor Gas | | | | Notice Only |
| Account No. xxxxxx1738<br><br>Norwegian American Hospital<br>1044 North Fransico Avenue<br>Chicago, IL 60622 | - | | 2013<br>Professional Services | | | | Unknown |
| Account No.<br><br>Oak-Randolph, Ltd.<br>c/o Morlen Realty Corporation<br>137 N. Oak Park Avenue<br>Suite 406<br>Oak Park, IL 60301 | - | | 2012<br>Lease Default | | | | 6,980.00 |
| Account No.<br><br>OK Magazine<br>P.O. Box 37095<br>Boone, IA 50037 | - | | 2012<br>Subscription | | | | 20.02 |

Sheet no. __24__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      8,675.91

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> North Shore Agency <br> 9525 Sweet Valley Drive, Bldg A <br> Cleveland, OH 44125 | | | Representing: <br> OK Magazine | | | | Notice Only |
| Account No. Multiple <br><br> Our Lady of the Resurrection Medical Ctr <br> 5645 West Addison Street <br> Chicago, IL 60634-4403 | | - | 2013 <br> Professional Services | | | | 11,947.80 |
| Account No. xxxxxx5000 <br><br> Palm Condo Association <br> P.O. Box 30041 <br> Tampa, FL 33630 | | | 2006 <br> Maintenance Default | | | | 673.52 |
| Account No. Multiple Acct. <br><br> Pathology Services of Illinois, Ltd. <br> 520 East 22nd St. <br> Lombard, IL 60148-6110 | | - | 2004 and Prior Years <br> Professional Services | | | | Unknown |
| Account No. xxxxxx1764 <br><br> People <br> PO Box 60300 <br> Tampa, FL 33660 | | - | Subscription | | | | 39.42 |

Sheet no. __25__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          12,660.74

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker                                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxx9023 | | | | Subscription | | | | |
| Pilates Style P.O. Box 334 Stafford, TX 77497 | - | | | | | | | 19.95 |
| Account No. J305 | | | | 2009 Lease Default | | | | |
| Prentiss Creek at Downers Grove 2110 Prentiss Drive Downers Grove, IL 60516 | - | | | | | | | 4,786.19 |
| Account No. | | | | Representing: Prentiss Creek at Downers Grove | | | | Notice Only |
| ACCB P.O. Box 560855 Rockledge, FL 32956 | | | | | | | | |
| Account No. xxxxxxxx2403 | | | | 2008 Subscription | | | | |
| Prevention P.O. Box 7319 Red Oak, IA 51591 | - | | | | | | | 15.94 |
| Account No. xxx0716 | | | | 2012 Membership | | | | |
| Pro Results 1101 South Canal Street Chicago, IL 60607 | - | | | | | | | 1,206.98 |

Sheet no. __26__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            6,029.06

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker                                          ,    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxx xxZ024 | | | | | 2003 Services | | | | |
| Prodigy Communications Corp. P.O. Box 4207 Fairfax, VA 22038 | - | | | | | | | | 52.35 |
| Account No. xxxx-xxxxxx1-001 | | | | | 05/01/13 Professional Services | | | | |
| PSC Physicians Billing Group Dept 77-9273 Chicago, IL 60678-9273 | - | | | | | | | | 35.00 |
| Account No. | | | | | 2011 Professional Services | | | | |
| Quest Diagnostics PO Box 55 Downers Grove, IL 60515-0055 | | | | | | | | | 167.60 |
| Account No. xxxx-xxxxxx-xx8965 | | | | | Professional Services | | | | |
| Radiologists of DuPage, SC 520 E. 22nd St. Lombard, IL 60148 | - | | | | | | | | Unknown |
| Account No. Multiple Acct. | | | | | Representing: Radiologists of DuPage, SC | | | | Notice Only |
| Illinois Collection Service, Inc. P.O. Box 1010 Tinley Park, IL 60477-9110 | | | | | | | | | |

Sheet no. __27__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

254.95

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker                                                              ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx1242<br><br>Radiology Consultants, Ltd.<br>1730 Park Street, Suite 101<br>Naperville, IL 60563 | - | | 2010<br>Professional Services | | | | 45.00 |
| Account No. Ho352-B61007<br><br>Dependon Collection Services<br>Attn: Bankruptcy<br>Po Box 4833<br>Oak Brook, IL 60523 | | | Representing:<br>Radiology Consultants, Ltd. | | | | Notice Only |
| Account No. Multiple<br><br>Resurrection Med Grp St. Mary<br>P.O. Box 366<br>Hinsdale, IL 60522 | - | | 2012<br>Professional Services | | | | 776.00 |
| Account No.<br><br>Illinois Collection Service, Inc.<br>P.O. Box 1010<br>Tinley Park, IL 60477-9110 | | | Representing:<br>Resurrection Med Grp St. Mary | | | | Notice Only |
| Account No.<br><br>Resurrection Med. Grp<br>62145 Collection Drive<br>Chicago, IL 60693 | - | | 2012<br>Professional Services | | | | 291.00 |

Sheet no. __28__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     1,112.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Juanita T Parker                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Illinois Collection Service, Inc. P.O. Box 1010 Tinley Park, IL 60477-9110 | | | | Representing: Resurrection Med. Grp | | | | Notice Only |
| Account No. xxxxxx6144 | | | | Subscription | | | | |
| Retrieval Masters Creditors Bureau, Inc. 2269 South Saw Mill River Road Elmsford, NY 10523 | | - | | | | | | 258.31 |
| Account No. xxxxx2350 | | | | 2010 Collection Account For Literary Guild Select Book Club Account | | | | |
| RJM Acquisitions LLC 575 Underhill Suite 224 Syosset, NY 11791-3416 | | - | | | | | | 15.88 |
| Account No. xxxxxxxxx6203 | | | | Subscription | | | | |
| Runners PO Box 7307 Red Oak, IA 51591 | | - | | | | | | 21.94 |
| Account No. Multiple Accounts | | | | 2011 Professional Services | | | | |
| Rush Oak Park ER Physicians Dept. 4672 Carol Stream, IL 60122 | | - | | | | | | 497.00 |

Sheet no. __29__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 793.13

B6F (Official Form 6F) (12/07) - Cont.

In re   Juanita T Parker                                              ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Medical Recovery Specialists, Inc. <br> 2250 E. Devon Avenue <br> Suite 352 <br> Des Plaines, IL 60018-4519 | | | | Representing: <br> Rush Oak Park ER Physicians | | | | Notice Only |
| Account No. Mutliple Acct. <br><br> Rush Oak Park Hospital <br> 520 South Maple Avenue <br> Oak Park, IL 60304 | | - | | 2011 <br> Professional Services | | | | 428.22 |
| Account No. <br><br> Computer Credit Inc. <br> 640 West Fourth Street <br> P.O. Box 5238 <br> Winston Salem, NC 27113 | | | | Representing: <br> Rush Oak Park Hospital | | | | Notice Only |
| Account No. Multiple Acct. <br><br> Medical Recovery Specialists, Inc. <br> 2250 E. Devon Avenue <br> Suite 352 <br> Des Plaines, IL 60018-4519 | | | | Representing: <br> Rush Oak Park Hospital | | | | Notice Only |
| Account No. Multiple Acct. <br><br> Nationwide Credit & Collection, Inc. <br> 815 Commerce Drive <br> Suite 100 <br> Oak Brook, IL 60523 | | | | Representing: <br> Rush Oak Park Hospital | | | | Notice Only |

Sheet no. __30__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

428.22

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker                                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Rush Oak Park Hospital <br> c/o Medical Recovery Specicalists, Inc. <br> 2250 E. Devon Avenue <br> Suite 352 <br> Des Plaines, IL 60018 | - | | 2011 <br> Professional Services | | | | 124.25 |
| Account No. <br><br> S & H Management and Properties LLC <br> P.O. Box 5121 <br> River Forest, IL 60305 | - | | 2010 <br> Lease Default | | | | Unknown |
| Account No. <br><br> Barry Sadegi <br> 3825 Highland Avenue <br> Suite 3B <br> Downers Grove, IL 60515 | - | | 2010 <br> Professional Services | | | | 46.00 |
| Account No.  multiple <br><br> Saint Anthony Hospital <br> P.O. Box 809109 <br> Chicago, IL 60680 | - | | 2012 - 2013 <br> Professional Services | | | | 9,055.99 |
| Account No. <br><br> Nationwide Credit & Collection, Inc. <br> 815 Commerce Drive <br> Suite 100 <br> Oak Brook, IL 60523 | | | Representing: <br> Saint Anthony Hospital | | | | Notice Only |

| Sheet no. __31__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 9,226.24 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   Juanita T Parker                                          ,   Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. multiple<br><br>Saint Mary & Elizabeth Medical CEnter<br>2233 West Division Street<br>Chicago, IL 60622 | | - | 2012- 2013<br>Professional Services | | | | 11,844.80 |
| Account No.<br><br>Grant & Weber, Inc.<br>861 Coronado Center Drive<br>Suite 211<br>Henderson, NV 89052 | | | Representing:<br>Saint Mary & Elizabeth Medical CEnter | | | | Notice Only |
| Account No.<br><br>Grant & Weber, Inc.<br>861 Coronado Drive<br>Suite 211<br>Henderson, NV 89052 | | | Representing:<br>Saint Mary & Elizabeth Medical CEnter | | | | Notice Only |
| Account No. xxxxxx 7031<br><br>Salute Visa<br>P.O. Box 105341<br>Atlanta, GA 30348 | | - | 2008<br>Periodic Purchases | | | | 616.49 |
| Account No. xxx-xxxxxx7004<br><br>Savoy<br>P.O. Box 0567<br>Selmer, TN 38375 | | - | 2010<br>Subscription | | | | 14.95 |

| | | |
|---|---|---|
| Sheet no. __32__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 12,476.24 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx2974 <br><br> Self <br> P.O. Box 37660 <br> Boone, IA 50037 | - | | 2009 <br> Subscription | | | | 12.00 |
| Account No. xxxxxx0471 <br><br> Shape <br> P.O. Box 37207 <br> Boone, IA 50037 | - | | 2012 <br> Subscription | | | | 18.00 |
| Account No. <br><br> North Shore Agency, Inc. <br> PO Box 9205 <br> Old Bethpage, NY 11804 | | | Representing: <br> Shape | | | | Notice Only |
| Account No. <br><br> Sister Sister <br> P.O. Box 54963 <br> Boulder, CO 80322 | - | | 2007 <br> Subscription | | | | 12.00 |
| Account No. xxxxxxxxxxxxxxxxxxx0928 <br><br> Slm Financial Corp <br> Po Box 9500 <br> Wilkes-barre, PA 18773 | - | | Opened  9/01/09  Last Active  9/01/10 <br> Educational | | | | Unknown |

Sheet no. __33__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        42.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Juanita T Parker                                                          ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. xxxxxxxxxxxxxxxxx0928<br><br>Slm Financial Corp<br>Po Box 9500<br>Wilkes-barre, PA 18773 | | - | | | Opened  9/01/09  Last Active  9/01/10<br>Educational | | | | Unknown |
| Account No. xxxxxx1569<br><br>Smart Money<br>Box 8601<br>Red Oak, IA 51591 | | - | | | Subscription | | | | 12.00 |
| Account No. Mutliple Acct.<br><br>SME Pathologists, SC<br>PO Box 3133<br>Indianapolis, IN 46206-3133 | | - | | | Professional Services | | | | 64.90 |
| Account No.<br><br>SME Pathologists, SC<br>P.O. Box 3133<br>Indianapolis, IN 46206 | | - | | | 2103<br>Professional Services | | | | 59.00 |
| Account No. xxxxxx1822<br><br>Southern Living<br>PO Box 62303<br>Tampa, FL 33662 | | - | | | Subscription | | | | 10.00 |

Sheet no. __34__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

145.90

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker                                         ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx 4200<br><br>Sprint Customer Service<br>PO Box 8077<br>London, KY 40742 | - | | 2005<br>Services | | | | 6.10 |
| Account No. Multiple<br><br>St. Anthny Emg. Phy. Srvcs Grp<br>P.O Box 428249<br>Evergreen Park, IL 60805 | - | | 2012-2013<br>Professional Services | | | | 1,406.00 |
| Account No. xxxxU000<br><br>St. Anthony Health Affiliates<br>4177 South Archer Ave<br>Chicago, IL 60632 | - | | 2013<br>Professional Services | | | | 54.00 |
| Account No. xxxxx5092<br><br>Target Credit Card (TC)<br>C/O Financial & Retail Services<br>Mailstop BT  P.O. Box 9475<br>Minneapolis, MN 55440 | - | | Opened  3/01/07  Last Active 11/07/08<br>Credit Card | | | | 0.00 |
| Account No. xxxxxx5092<br><br>Target National Bank<br>c/o Target Credit Services<br>PO Box 1581<br>Minneapolis, MN 55450-1581 | - | | 2009<br>Periodic Purchases | | | | 643.56 |

| | | |
|---|---|---|
| Sheet no. __35__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 2,109.66 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker                                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Midland Credit Management, Inc. <br> 8875 Aero Drive <br> Suite 200 <br> San Diego, CA 92123 | | | Representing: <br> Target National Bank | | | | Notice Only |
| Account No. xxxxx9500 <br><br> Tempus Fiancial Services <br> P.O. Box 31115 <br> Tampa, FL 33631 | | - | 2006 <br> Loan Default | | | | 7,404.48 |
| Account No. <br><br> TRI <br> 5422 Carrier Drive <br> Suite 100 <br> Orlando, FL 32819 | | | Representing: <br> Tempus Fiancial Services | | | | Notice Only |
| Account No. <br><br> The Oprah Magazine <br> Box 6067 <br> Harlan, IA 51593 | | - | Subscription | | | | 10.00 |
| Account No. xxxxx5070 <br><br> The Professional Education Institute <br> 7020 High Grove Blvd. <br> Willowbrook, IL 60527 | | - | Subscription | | | | 9.95 |

Sheet no. __36__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,424.43

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker _____,    Case No. _____
                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2007 Lease Default | | | | |
| The Towers at Four Lakes 5885 Forest View Road, #106 Lisle, IL 60532 | - | | | | | | | 824.31 |
| Account No. xxxx7892 | | | | 2012 Tuition/Fees | | | | |
| The University of Iowa P.O. Box 14409 Des Moines, IA 50306 | - | | | | | | | 30.00 |
| Account No. | | | | Representing: The University of Iowa | | | | |
| DAKS 1112 P.O. Box 1022 Wixom, MI 48393 | | | | | | | | Notice Only |
| Account No. xxxxxx5075 | | | | Subscription | | | | |
| Time Customer Service, Inc. PO Box 62121 Tampa, FL 33662 | - | | | | | | | 10.00 |
| Account No. | | | | 2011 Professional Serivces | | | | |
| University of Chicago Medical Center 1122 Paysphere Circle Chicago, IL 60674 | - | | | | | | | 913.50 |

Sheet no. __37__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,777.81

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. <br><br>Trustmark Recovery Services<br>541 Otis Bowen Drive<br>Munster, IN 46321 | | | | Representing:<br>University of Chicago Medical Center | | | | Notice Only |
| Account No. xxxxxx 2539<br><br>University of Chicago Physicians Grp<br>75 Remittance Drive<br>Suite 1385<br>Chicago, IL 60675 | | - | | 2011<br>Professional Services | | | | 230.25 |
| Account No. <br><br>Trustmark Recovery Services<br>541 Otis Bowen Drive<br>Munster, IN 46321 | | | | Representing:<br>University of Chicago Physicians Grp | | | | Notice Only |
| Account No. xxxxx0759<br><br>University Pathologists, PC<br>5620 Southwyck Blvd<br>Toledo, OH 43614 | | - | | 2011<br>Professional Services | | | | 17.00 |
| Account No. <br><br>MQC Collection Services<br>P.O. Box 140700<br>Toledo, OH 43614 | | | | Representing:<br>University Pathologists, PC | | | | Notice Only |

Sheet no. __38__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          247.25

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxx9371<br><br>Us Dep Ed<br>Po Box 5609<br>Greenville, TX 75403 | | - | | Opened  1/09/02  Last Active 12/31/10<br>Educational | | | | 0.00 |
| Account No.<br><br>US Weekly<br>PO Box 8248<br>Red Oak, IA 51591 | | - | | Subscription | | | | 50.31 |
| Account No. xxxxxx 2686<br><br>Verizon Wireless<br>777 Big Timber Road<br>Elgin, IL 60123-1488 | | - | | 2003<br>Services | | | | 65.67 |
| Account No.<br><br>SKO Brenner<br>P.O. Box 9320<br>Baldwin, NY 11510 | | | | Representing:<br>Verizon Wireless | | | | Notice Only |
| Account No. xxxxxx2974<br><br>Vogue<br>PO Box 37653<br>Boone, IA 50037 | | - | | Subscription | | | | 12.00 |

Sheet no. __39__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

127.98

B6F (Official Form 6F) (12/07) - Cont.

In re    Juanita T Parker                                                          ,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>W Credit and Collections Department<br>PO Box 37709<br>Hinckley, MN 55037 | - | | 12/23/09<br>Subscription | | | | 12.00 |
| Account No. xxxxxx1636<br><br>Wellington Radiology Group, SC<br>39006 Treasury Ctr<br>Chicago, IL 60694 | - | | 2013<br>Medical | | | | 43.00 |
| Account No.<br><br>Woman's Health<br>P.O. Box 5886<br>Harlan, IA 51593 | - | | 2011<br>Subscription | | | | 15.98 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __40__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 70.98 |
| Total (Report on Summary of Schedules) | | 292,319.98 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    Juanita T Parker                                                    ,        Case No. _____
                                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases
Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re     Juanita T Parker                                          ,     Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

0
_____ continuation sheets attached to Schedule of Codebtors

**Fill in this information to identify your case:**

Debtor 1          Juanita T Parker

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I

# Schedule I: Your Income                                    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:      Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | |
| **Employer's name** | | |
| **Employer's address** | | |
| **How long employed there?** | | |

### Part 2:      Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $          0.00 | $          N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3.  +$          0.00 | +$          N/A |
| 4. | **Calculate gross Income.**  Add line 2 + line 3. | 4.  $          0.00 | $          N/A |

Debtor 1  Juanita T Parker                                                  Case number (*if known*)

|  | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** | 4. | $ | 0.00 | $ N/A |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.     6.   $ 0.00    $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.     7.   $ 0.00    $ N/A

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.     9.   $ 0.00    $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.     10.   $ 0.00 + $ N/A = $ 0.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify:    11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies     12. $ 0.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
  ■ No.
  ☐ Yes. Explain:

Fill in this information to identify your case:

Debtor 1            Juanita T Parker

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses                                      12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Your Household**

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**    ■ No

    Do not list Debtor 1 and        ☐ Yes.  Fill out this information for
    Debtor 2.                                each dependent..............

    Do not state the
    dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No  ☐ Yes

**Part 2:    Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

|  | **Your expenses** |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.        4.  $ _____ 0.00

    If not included in line 4:

    4a.   Real estate taxes                                                    4a.  $ _____ 0.00
    4b.   Property, homeowner's, or renter's insurance                        4b.  $ _____ 0.00
    4c.   Home maintenance, repair, and upkeep expenses                       4c.  $ _____ 0.00
    4d.   Homeowner's association or condominium dues                         4d.  $ _____ 0.00
5.  **Additional mortgage payments for your residence,** such as home equity loans    5.  $ _____ 0.00

Debtor 1   Juanita T Parker                                    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 0.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 50.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 200.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 0.00 |
| 10. | **Personal care products and services** | | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | 12. $ | 50.00 |
| | Do not include car payments. | | | |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | 0.00 |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. | | 22. $ | 300.00 |
| | The result is your monthly expenses. | | | |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 0.00 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 300.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | -300.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.
Explain: _____

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois

In re    Juanita T Parker                                       Case No. _____
                                       Debtor(s)                 Chapter     7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    56    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   March 22, 2015                        Signature    /s/ Juanita T Parker _____
                                                      Juanita T Parker
                                                      Debtor

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Northern District of Illinois

In re   Juanita T Parker                                                       Case No. _____

                                    Debtor(s)                       Chapter      7

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,136.00 | 2013:  Wages |
| $1,676.94 | 2014:  Wages |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,350.00 | 2013:  Unemployment Compensation |

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Gregory K. Stern, P.C. 53 West Jackson Boulevard Suite 1442 Chicago, IL 60604 | March 9, 2015 | $1,125.00 + Costs ($375.00) |

B7 (Official Form 7) (04/13)
4

**10.  Other transfers**

None  ■  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None  ■  b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None  ■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None  ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None  ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None  ■  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

---

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| Various addresses of friends and relatives | | 2012-2015 |

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None
■

    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

    *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

    *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)
7

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  March 22, 2015                              Signature    /s/ Juanita T Parker

                                                               Juanita T Parker
                                                               Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Juanita T Parker

Debtor(s)

Case No.

Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>-NONE- | **Describe Property Securing Debt:** |
| Property will be (check one):<br>☐ Surrendered ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>☐ Claimed as Exempt                   ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   March 22, 2015

Signature   /s/ Juanita T Parker

Juanita T Parker
Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re   Juanita T Parker _____   Case No. _____

_____ Debtor(s)   Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 1,125.00 |
| Prior to the filing of this statement I have received | $ | 1,125.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      Negotiating, preparing and filing reaffirmation and redemption agreements with secured creditors, exemption planning, motions and applications as needed including motions to avoid judicial and non purchase money non possessory liens

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      Representation of debtor(s) in any motion to dismiss for abuse, dischargability actions, objection to discharge and any other adversary proceeding. Services rendered after entry of the discharge order in asserting discharge.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   March 22, 2015 _____      /s/ Gregory K. Stern _____
                                            Gregory K. Stern 6183380
                                            Gregory K. Stern, P.C.
                                            53 West Jackson Boulevard
                                            Suite 1442
                                            Chicago, IL 60604
                                            (312) 427-1558  Fax: (312) 427-1289

---

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the

Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Juanita T Parker                                  Case No.

                                       Debtor(s)        Chapter     7

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| Juanita T Parker | X   /s/ Juanita T Parker | March 22, 2015 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re    Juanita T Parker                                                                 Case No.
                                                      Debtor(s)        Chapter    7

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                      174

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    March 22, 2015                               /s/ Juanita T Parker
                                                      Juanita T Parker
                                                      Signature of Debtor

ACCB
P.O. Box 560855
Rockledge, FL 32956


Advance Family Dental Care
1567 North Aurora Road
Suite 143
Naperville, IL 60563


Advanced Collection Bu
1535 Cogswell St Ste B8
Rockledge, FL 32955


Advocate Good Samaritan Hospital
3815 Highland Avenue
Downers Grove, IL 60515


Advocate Illinois Masonic Medical Center
attn: Business Office
836 West Wellington Avenue
Chicago, IL 60657


Afni, Inc.
404 Brock Drive
PO Box 3427
Bloomington, IL 61702-3427


Alexian Brothers Corporate Health Srvcs
1515 Lake Street
Suite 100
Hanover Park, IL 60133


Allure
P.O. Box 376453
Boone, IA 50037


Ashton Dental, P.C.
1137 N. Eola Road
Suite 109
Aurora, IL 60504


AT&T
P.O. Box 8212
Aurora, IL 60572-8212

```
AT&T
P.O. Box 8100
Aurora, IL 60507-8100


Billing Center
1716 Locust Street
Des Moines, IA 50309


Bon Appetit
P.O. Box 37619
Boone, IA 50037


C.A.R./Sentriloc/N.A.R.
200 North Michigan
Chicago, IL 60601


C.A.R./Sentriloc/N.A.R.
400 North Michigan
Chicago, IL 60601


Capital Management Services, Inc.
698 1/2 South Ogden Street
Buffalo, NY 14206


Capital One
P.O. Box 85520
Richmond, VA 23285


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285


CBCS
PO Box 69
Columbus, OH 43216


Centra
PO Box 479
Winfield, IL 60190


Central DuPage Hospital
Attn: Billing Dept.
25 North Winfield Road
Winfield, IL 60190
```

Chicago Home and Garden
PO Box 433008
Palm Coast, FL 32143


Chicago Imaging Associates
PO Box 347351
Pittsburgh, PA 15251


Chicago Imaging Associates, LLC
P.O. Box 347531
Pittsburgh, PA 15251


Chicago Magazine
PO Box 433007
Palm Coast, FL 32143


City of Naperville
400 S. Eagle Street
Naperville, IL 60540


Comcast
PO Box 3002
Southeastern, PA 19398-3002


Commonwealth Edison
P.O. Box 767
Chicago, IL 60690-0767


Computer Credit Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Conde Nast Traveler
PO Box 37626
Boone, IA 50037


Cooking Light
P.O. Box 60001
Tampa, FL 33660


CPA
P.O. Box 802068
Dallas, TX 75380

Credit Cntrl
5757 Phantom Dr.
Hazelwood, MO 63042


Credit Collection Services
Two Wells Avenue
Newton, MA 02459


DAKS 1112
P.O. Box 1022
Wixom, MI 48393


DCF Inc
1827 Golden Mile Hwy
Suite B
Pittsburgh, PA 15239


DePaul University
1 East Jackson Boulevard
Chicago, IL 60604


Dependon Collection Services
Attn: Bankruptcy
Po Box 4833
Oak Brook, IL 60523


Domincan University
7900 Division Street
River Forest, IL 60305


Domino
PO Box 37760
Boone, IA 50037


Doubleday Bood Club
505 Ridge Avenue
Hanover, PA 17332


Downers Grove Medical Group
1034 Warren Ave.
Downers Grove, IL 60515


Dupage Emergency Physicians
PO Box 366
Hinsdale, IL 60522

Dupage Helth Specialists
3033 Ogden Ave. Suite 101
Lisle, IL 60532


Earthlink Inc
P.O. ox 7645
Atlanta, GA 30357


eBay, Inc.
P.O. Box 2179
Carol Stream, IL 60132


Ebony Magazine
c/o GC Services
P.O. Box 3026
Houston, TX 77253


Edward Hospital
801 South Washington Street
Naperville, IL 60540


Elle
PO Box 422532
Palm Coast, FL 32142


Elle Decor
P.O Box 37876
Boone, IA 50037


Elmhurst Memorial Healthcare
155 E. Brush Hill Road
Elmhurst, IL 60126


Enhanced Recovery Corp
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256


Essence
P.O. Box 62121
Tampa, FL 33662


Express Pharmacy Services
P.O. Box 270
Pittsburgh, PA 15230

Exxon Mobil
P.O. Box 981064
El Paso, TX 79998


Fed Loan Serv
Po Box 60610
Harrisburg, PA 17106


Fed Loan Serv
Pob 60610
Harrisburg, PA 17106


First Credit Services, Inc.
One Woodbridge Center, Suite 410
Woodbridge, NJ 07095


Fitness Billing Center
1716 Locust Street
Des Moines, IA 50309


Food and Wine
1120 Avenue of the Americas
New York, NY 10036


Forbes Magazine
PO Box 5474
Harlan, IA 51593


Fortune Magazine
3000 University Center Drive
Tampa, FL 33612


GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081


Grant & Weber, Inc.
861 Coronado Center Drive
Suite 211
Henderson, NV 89052


Grant & Weber, Inc.
861 Coronado Drive
Suite 211
Henderson, NV 89052

Greater Suburban acceptance
1645 W. Ogden Avenue
P.O. Box 369
Downers Grove, IL 60515


Harpers Bazaar
Box 6070
Harlan, IA 51593


Health
PO Box 62517
Tampa, FL 33662


Hearst Magazines
Box 7186 Red Oak
Red Oak, IA 51591


Heart Specialists Inc.
3724 Glenlake Drive
Glenview, IL 60026-5742


Hotline Credit Card Bureau
PO Box 41308
Nashville, TN 37204


I.C.System, Inc.
444 Highway 96 East
PO Box 64437
Saint Paul, MN 55164-0437


ID
P.O. Box 433174
Palm Coast, FL 32143


Illinois Collection Service, Inc.
P.O. Box 1010
Tinley Park, IL 60477-9110


Illinois Collection Service/ICS
Illinois Collection Service
Po Box 1010
Tinley Park, IL 60477

In Touch Weekly
PO Box 422581
Palm Coast, FL 32142


James R. Davis M.D.
120 Spalding Drive
Suite 307
Naperville, IL 60540


Kiplinger's Personal Finance
PO Box 10182
Des Moines, IA 50340


Lakeshore Anesthesia PC
1500 South Lake Park Ave.
Hobart, IN 46342


Life and Style Weekly
PO Box 422563
Palm Coast, FL 32142


Lowe's
PO Box 981064
El Paso, TX 79998-1064


Lucky
PO Box 37648
Boone, IA 50037


Malcolm S. Gerald and Associates, Inc.
322 South Michigan Avenue
Suite 600
Chicago, IL 60604


Marie Claire
P.O. Box 6066
Harlan, IA 51593


McKesson Corporation
Attn: Resurreection Health
19 Mollison Way
Lewiston, ME 04240

Medical Accounting Service
5626 Frantz Rd. Box 7100
Dublin, OH 43017-0704


Medical Recovery Specialists, Inc.
2250 E. Devon Avenue
Suite 352
Des Plaines, IL 60018-4519


Merchants Cr
223 W. Jackson Blvd.
Suite 400
Chicago, IL 60606


Merchants Credit Guide
223 West Jackson Boulevard
Suite 400
Chicago, IL 60606


Metra
547 West Jackson Boulevard
Chicago, IL 60661-5717


Midland Credit Management, Inc.
8875 Aero Drive
Suite 200
San Diego, CA 92123


Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123


Midwest Diagnostic Pathology
75 Remittance Drive
Suite 3070
Chicago, IL 60675-3070


Midwest Imaging Professionals
PO Box 371863
Pittsburgh, PA 15250


Midwestern Emergency Group
Mailstop 45376150
PO Box 660351
Dallas, TX 75266-0351

MiraMed Revenue Group
Dept. 77304
PO Box 77000
Detroit, MI 48277


Money
PO Box 60315
Tampa, FL 33660


More
1716 Locust Street
Des Moines, IA 50309


MQC Collection Services
P.O. Box 140700
Toledo, OH 43614


Naperville Radiologists S.C.
6910 S. Madison St.
Willowbrook, IL 60527


National Education Ser
200 W Monroe St Ste 700
Chicago, IL 60606


National Geographic Society
PO Box 62130
Tampa, FL 33662


National Recoveries Inc. of Minnesota
14735 Highway 65 NE
Suite 100
Andover, MN 55304


Nationwide Credit & Collection, Inc.
815 Commerce Drive
Suite 100
Oak Brook, IL 60523


NCO Financial System, Inc.
507 Prudential Road
Horsham, PA 19044

NCO Financial Systems, Inc.
P.O. Box 41417
Dept 61
Philadelphia, PA 19101


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


North Shore Agency
9525 Sweet Valley Drive, Bldg A
Cleveland, OH 44125


North Shore Agency, Inc.
PO Box 9205
Old Bethpage, NY 11804


Norwegian American Hospital
1044 North Fransico Avenue
Chicago, IL 60622


Oak-Randolph, Ltd.
c/o Morlen Realty Corporation
137 N. Oak Park Avenue
Suite 406
Oak Park, IL 60301


OK Magazine
P.O. Box 37095
Boone, IA 50037


Our Lady of the Resurrection Medical Ctr
5645 West Addison Street
Chicago, IL 60634-4403


Palm Condo Association
P.O. Box 30041
Tampa, FL 33630


Pathology Services of Illinois, Ltd.
520 East 22nd St.
Lombard, IL 60148-6110

People
PO Box 60300
Tampa, FL 33660


Pilates Style
P.O. Box 334
Stafford, TX 77497


Prentiss Creek at Downers Grove
2110 Prentiss Drive
Downers Grove, IL 60516


Prevention
P.O. Box 7319
Red Oak, IA 51591


Pro Results
1101 South Canal Street
Chicago, IL 60607


Prodigy Communications Corp.
P.O. Box 4207
Fairfax, VA 22038


Progressive Financial Services
P.O. Box 22083
Tempe, AZ 85285


PSC Physicians Billing Group
Dept 77-9273
Chicago, IL 60678-9273


Quest Diagnostics
PO Box 55
Downers Grove, IL 60515-0055


Radiologists of DuPage, SC
520 E. 22nd St.
Lombard, IL 60148


Radiology Consultants, Ltd.
1730 Park Street, Suite 101
Naperville, IL 60563

Resurrection Med Grp St. Mary
P.O. Box 366
Hinsdale, IL 60522


Resurrection Med. Grp
62145 Collection Drive
Chicago, IL 60693


Retrieval Masters Creditors Bureau, Inc.
2269 South Saw Mill River Road
Elmsford, NY 10523


RJM Acquistions LLC
575 Underhill
Suite 224
Syosset, NY 11791-3416


Runners
PO Box 7307
Red Oak, IA 51591


Rush Oak Park ER Physicians
Dept. 4672
Carol Stream, IL 60122


Rush Oak Park Hospital
520 South Maple Avenue
Oak Park, IL 60304


Rush Oak Park Hospital
c/o Medical Recovery Specicalists, Inc.
2250 E. Devon Avenue
Suite 352
Des Plaines, IL 60018


S & H Management and Properties LLC
P.O. Box 5121
River Forest, IL 60305


Barry Sadegi
3825 Highland Avenue
Suite 3B
Downers Grove, IL 60515

Saint Anthony Hospital
P.O. Box 809109
Chicago, IL 60680


Saint Mary & Elizabeth Medical CEnter
2233 West Division Street
Chicago, IL 60622


Salute Visa
P.O. Box 105341
Atlanta, GA 30348


Savoy
P.O. Box 0567
Selmer, TN 38375


Security Credit System
622 Main St Ste 301
Buffalo, NY 14202


Self
P.O. Box 37660
Boone, IA 50037


Shape
P.O. Box 37207
Boone, IA 50037


Sister Sister
P.O. Box 54963
Boulder, CO 80322


SKO Brenner
P.O. Box 9320
Baldwin, NY 11510


Slm Financial Corp
Po Box 9500
Wilkes-barre, PA 18773


Smart Money
Box 8601
Red Oak, IA 51591

SME Pathologists, SC
PO Box 3133
Indianapolis, IN 46206-3133


SME Pathologists, SC
P.O. Box 3133
Indianapolis, IN 46206


Southern Living
PO Box 62303
Tampa, FL 33662


Sprint Customer Service
PO Box 8077
London, KY 40742


St. Anthny Emg. Phy. Srvcs Grp
P.O Box 428249
Evergreen Park, IL 60805


St. Anthony Health Affiliates
4177 South Archer Ave
Chicago, IL 60632


Target Credit Card (TC)
C/O Financial & Retail Services
Mailstop BT  P.O. Box 9475
Minneapolis, MN 55440


Target National Bank
c/o Target Credit Services
PO Box 1581
Minneapolis, MN 55450-1581


Tempus Fiancial Services
P.O. Box 31115
Tampa, FL 33631


The Oprah Magazine
Box 6067
Harlan, IA 51593


The Professional Education Institute
7020 High Grove Blvd.
Willowbrook, IL 60527

The Towers at Four Lakes
5885 Forest View Road, #106
Lisle, IL 60532


The University of Iowa
P.O. Box 14409
Des Moines, IA 50306


Time Customer Service, Inc.
PO Box 62121
Tampa, FL 33662


TRI
5422 Carrier Drive
Suite 100
Orlando, FL 32819


Trustmark Recovery Services
541 Otis Bowen Drive
Munster, IN 46321


University of Chicago Medical Center
1122 Paysphere Circle
Chicago, IL 60674


University of Chicago Physicians Grp
75 Remittance Drive
Suite 1385
Chicago, IL 60675


University Pathologists, PC
5620 Southwyck Blvd
Toledo, OH 43614


Us Dep Ed
Po Box 5609
Greenville, TX 75403


US Weekly
PO Box 8248
Red Oak, IA 51591


Verizon Wireless
777 Big Timber Road
Elgin, IL 60123-1488

Vogue
PO Box 37653
Boone, IA 50037


W Credit and Collections Department
PO Box 37709
Hinckley, MN 55037


Wellington Radiology Group, SC
39006 Treasury Ctr
Chicago, IL 60694


Woman's Health
P.O. Box 5886
Harlan, IA 51593


Wow! Internet & Cable
P.O. Box 63000
Colorado Springs, CO 80962